# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Lowe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>M.A. Mortenson Company,<br><br>　　　　　Defendant. | **NO. CV-17-00477-PHX-BSB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed November 14, 2017, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are hereby dismissed.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 14, 2017

　　　　　　　　　　　　　　　　　　s/ Leann Dixon
　　　　　　　　　　　　　By　　　Deputy Clerk